UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT

-------------------------------X

USA,

     Plaintiff;

v.                                     Case No.: 22-MJ-00934-UA-1

BILLY ORTEGA,

     Defendant.

-------------------------------X

APPERANCE OF COUNSEL

To:    The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  <u>Billy Ortega</u>.

Date:  2/7/2022

<u>Dawn M. Florio</u>
Dawn M. Florio – 2277176
488 Madison Avenue, 20th Floor
New York, NY 10022
<u>dawnmflorio@yahoo.com</u>
(212) 939-9539 Tel
(347) 398-8062 Fax
