UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA :
:
        - v. - :    S4 22 Cr. 91 (RA)
:
BILLY ORTEGA, : **VERDICT FORM**
:
:
           Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*All Answers Must Be Unanimous*

**COUNT ONE:**     **Narcotics Conspiracy**

    Guilty _____         Not Guilty _____

**If you find the defendant guilty of the offense charged in Count One, proceed to answer the following questions in subparagraphs (a) - (e).**

    a. Did the defendant **either** have personal involvement with, **or** was it reasonably foreseeable to him that the narcotics conspiracy involved, five kilograms or more of mixtures or substances containing a detectable amount of cocaine over the course of the conspiracy?

    Yes _____         No _____

    b. If you answered "yes" to subparagraph (a), skip the question in this subparagraph and proceed to answer the question in subparagraph (c). However, if you answered "no" to subparagraph (a), ask yourself did the defendant **either** have personal involvement with, **or** was it reasonably foreseeable to him that the narcotics conspiracy involved, 500 grams or more of mixtures or substances containing a detectable amount of cocaine over the course of the conspiracy?

    Yes _____         No _____

1

   **c.** Did the defendant, in furtherance of the narcotics conspiracy, distribute cocaine, and/or fentanyl, and/or acetylfentanyl to Julia Ghahramani?

Yes _____ No _____

   **d.** If you answered "no" to subparagraph (c), skip to subparagraph (e). If you answered "yes" to subparagraph (c) then ask yourself did the use of the controlled substances distributed to Julia Ghahramani result in her death?

Yes _____ No _____

   **e.** Did the defendant, in furtherance of the narcotics conspiracy, distribute cocaine and/or fentanyl to Amanda Scher?

Yes _____ No _____

   **f.** If you answered "no" to subparagraph (e), skip to subparagraph (g). If you answered "yes" to subparagraph (e) then ask yourself Did the use of the controlled substances distributed to Amanda Scher result in her death?

Yes _____ No _____

   **g.** Did the defendant, in furtherance of the narcotics conspiracy, distribute cocaine and/or fentanyl to Ross Mtangi?

Yes _____ No _____

   **h.** If you answered "no" to subparagraph (g), skip to Count Two. If you answered "yes" to subparagraph (g) then ask yourself Did the use of the controlled substances distributed to Ross Mtangi result in his death?

Yes _____ No _____

**COUNT TWO:** **Narcotics Distribution to Julia Ghahramani**

Guilty _____     Not Guilty _____

**If you find the defendant guilty of the offense charged in Count Two, proceed to answer the following question in subparagraph (a).**

    **a.** Did the use of the controlled substances distributed to Julia Ghahramani result in her death?

Yes _____     No _____

**COUNT THREE:** Narcotics Distribution to Amanda Scher

Guilty _____   Not Guilty _____

**If you find the defendant guilty of the offense charged in Count Three, proceed to answer the following question in subparagraph (a).**

    **a.** Did the use of the controlled substances distributed to Amanda Scher result in her death?

Yes _____   No _____

**COUNT FOUR:**     Narcotics Distribution to Ross Mtangi

Guilty _____          Not Guilty _____

**If you find the defendant guilty of the offense charged in Count Four, proceed to answer the following question in subparagraph (a).**

    **a.**  Did the use of the controlled substances distributed to Ross Mtangi result in his death?

Yes _____          No _____

**[Only consider Count Five if you first determine that the defendant is guilty of the offense charged in Count One]**

**COUNT FIVE:** Use or Carry of a Firearm During and in Relation to, or Possession of a Firearm in Furtherance of, the Narcotics Conspiracy Charged in Count One

Guilty _____  Not Guilty _____

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

Date and Time: _____

*Once you have signed the Verdict Form, please give a note – NOT the Verdict Form itself – to the Court Security Officer stating that you have reached a verdict.*