UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BILLY ORTEGA, a/k/a "Jason,"

Defendant.

S4 22-CR-91 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 4, 2023, Defendant filed a redacted version of his memorandum in support of his motions in limine. Dkt. 88. The parties subsequently jointly requested that the unredacted version of the same memorandum, *see* Dkt. 86, be removed from the public docket.

Under Second Circuit law, any redaction to or sealing of documents filed on the Court's docket must be narrowly tailored to serve a legitimate purpose justifying the redaction or sealing. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Pursuant to this District's Electronic Case Filing Rules and Instructions and this Court's Individual Rules and Practices in Criminal Cases, parties may redact certain "sensitive information" in six categories of material, including medical information, without prior approval. Consistent with these rules, and the presumption in favor of public access to judicial documents, the Court intends to replace the redacted version of the memorandum submitted by Defendant with an amended version with more limited health-related redactions.

Should either party seek additional redactions, they may file a motion to seal, articulating why further redactions are necessary under the standard set forth by *Lugosch* no later than 5:00 p.m. today, January 6, 2023.

SO ORDERED.

Dated: January 6, 2023
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge