UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | S4 22-CR-91 (RA) |
| BILLY ORTEGA, a/k/a "Jason," | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

Trial will be held in Courtroom 110 of the Thurgood Marshall Courthouse at 40 Foley Square, beginning at 10:00 a.m. on January 18, 2023. Accordingly, the final pretrial conference scheduled for Friday, January 13, 2023 at 1:00 p.m. will also be held in Courtroom 110.

SO ORDERED.

Dated:   January 11, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge