LAW OFFICE
OF
B. ALAN SEIDLER

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

January 16, 2023

Hon. Ronnie Abrams
United State District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Ortega
    22cr91(RA)

Dear Judge Abrams;

Because of my error I request that Docket Entry #95 be deleted from the public docket to permit me to refile a redacted version.

Respectfully,

B. Alan Seidler