UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                           ORDER
        -against-                                               IND# 22-CR-091 (RA)


**BILLY ORTEGA,**

Defendant.
------------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED: that the staff of the Metropolitan Detention Center (MDC) shall accept from Defendant's family or counsel (Dawn M. Florio, Declan J. Murray, B. Alan Seidler) additional clothing and personal items for defendant Billy Ortega to wear to trial in this matter. Defendant requests that the order state that the staff of the MDC shall allow and assist Mr. Ortega in putting on these items prior to transferring him to court for each day of trial beginning on Wednesday, January 18, 2023 at 9:30 a.m. at the Southern District of New York courthouse at 40 Foley Square, Room 110, and each day thereafter until trial is complete. These items include one additional suit, button-down shirt, pants, belt, socks, dress shoes, and underwear.

Dated:          January  24 , 2023
                    New York, New York

                                                                           Ronnie Abrams
                                                                           United States District Judge