USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BILLY ORTEGA,

                Defendant.

No. 22-CR-91

ORDER

RONNIE ABRAMS, United States District Judge:

      After a nine-day trial, a jury found Defendant guilty of Counts 1, 2, 3, 4, and 5 of the S4 Indictment. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

- Court Exhibit 1: Voir Dire Questionnaire
- Court Exhibit 2: Draft Jury Charge
- Court Exhibit 3: Jury Charge
- Court Exhibit 4: Jury Note
- Court Exhibit 5: Verdict Sheet

SO ORDERED.

Dated:   January 30, 2023
           New York, New York

_____
Ronnie Abrams
United States District Judge