

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2023

Application granted. The sentence is adjourned to September 13, 2023 at 10:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 22, 2023

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Billy Ortega*, S4 22 Cr. 91 (RA)

Dear Judge Abrams:

The Government writes respectfully to request, on consent of defendant Billy Ortega, an adjournment of Ortega's sentencing, which is currently scheduled for June 2, 2023. The Government understands the Court is available on the morning of September 13 or 14, 2023, which dates both work for the parties.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Micah F. Fergenson / Michael R. Herman
Assistant United States Attorneys
(212) 637-2190 / - 2221

cc: Defense counsel (by ECF)