Melanie Quezada

Re: Billy Ortega

To: The Honorable Judge Abrams

Your Honor, I am Melanie Quezada, Billy Ortega's sister. I have known Billy Ortega as a brother, a good friend, a great son, and a loving father for all my life. I am happy to write a letter of reference for my brother regarding him and his character. I understand the seriousness of this matter however, hope the court will show leniency.

Billy Ortega has always demonstrated an upright character with a heart of gold. In my life he has always been there for me. When my father died, Billy and I have same mother but different fathers, Billy was the one who had to break the news of my father's death to my little brother & I. After that he was there to pick up the pieces and take on the role of a father figure. Billy was also there for me when I got pregnant and became a single teen mother. I did not have a good paying job after I gave birth, and my son's father was not playing an active role. As you can imagine I was struggling. Billy became a huge part of my son's life, almost a father figure. From buying my son formula to pampers my son was never without. Billy would even go to doctor's appointments with me. I truly don't know what I would've done without my brother.

He made it a point to be there and show a significant amount of support during all the difficult moments in my life, for me my mother and my little brother he is our glue, to know Billy is to love him. It does not go unnoticed the amazing person he is, the size of his heart, his willingness to go above and beyond even for strangers, for anyone he crosses path with.

It is my sincere hope the court takes this letter into consideration. Despite the current case I know Billy Ortega to be an honorable individual, a valuable member of the community, and a good human being. We miss him dearly and it has been very hard on all of us especially his little best friend, his daughter, & his son.

Sincerely,

Melanie Quezada

To the Honorable Judge,

My name is Steven Ortega, Billy Ortega is my older brother. I am a housing specialist with NYC Health and Hospitals. I have been working with Health and Hospitals for four years now. I am writing this letter on behalf of my older brother Billy Ortega. Growing up Billy was a good role model as an older brother to me. As we grew older, and he began to raise his own family he showed me how to be a responsible family man and someone who puts his family first. His positive attitude and impact are something that cannot be forgotten by me.

Although, we cannot look past his current situation and the pain caused to all families involved, I do believe if Billy is given another opportunity, he will take the proper steps to improve his lifestyle. Billy has always been good hearted, kind, and helpful to everyone around him. I just hope that you will give an opportunity for a second chance to Billy while you make a fair decision.

Sincerely,

Steven Ortega

Letisha Beltre

Dear Honorable Judge Ronnie Abrams,

My Name is Letisha Beltre, I am the mother of Billy Ortega's oldest son. I am writing on behalf of Billy Ortega. I referred to Billy as my high school sweetheart because he was in fact a sweetheart; but much more than just that.

Billy is an amazing soul, a genuine loving, generous individual who is full of life, love, and laughter. His willingness to help his family or those around him was unmatched. Billy is an ambitious, self-motivated, caring, and loving son, father, brother, and friend to many people.

Growing up Billy was a star baseball player, he was passionate and devoted, always in attendance and ready to win the next game. We were still young when we became parents, and in 2006, we welcomed our lovely son. We moved to Florida where we both finished high school, went to driving school together and obtained our driver's license. Billy didn't stop there because providing for his family was his first priority.

We opened a family clothing store at a local mall in Miami where Billy worked as a licensed security guard and did countless over time. Billy also worked part time for a construction company. Life wasn't easy, and it happened fast, but Billy didn't let it get the best of him.

Despite our separation, Billy remains an active and present father to our son. Always cheering our little guy on in sports. He was always there to show support at team meetings, as well as games.

Summertime was their ultimate bonding time, and Billy always made summers memorable for the two of them. They are each other's best friend. Both are inseparable, from late night conversations to good morning text, the laughter and joy they shared together is magical.

This difficult reality that we are forced to face has taken a toll on my son. I can see the pain in my son's eyes, even when he has no words to speak. There isn't any word of comfort that is efficient enough for me to say to help heal his broken heart. My biggest fear is watching my son suffer and become depressed over this unfortunate matter. My son is only 16, and he has never experienced such a traumatic loss. My son needs his father the most.

This has impacted and affected everyone involved in this tragic case. Billy has a good heart, and he would never do anything to intentionally harm another person.

Sincerely,

Letisha Beltre

To the Honorable Judge Ronnie Abrams:

My Name is Luis Ortega. I am a Manager at Mendel Goldberg Fabrics. I have been employed with them for over 30 years.

I am writing this letter on behalf of my son, Billy Ortega. As parents, we go through wonderful years of seeing our children growing up to the never-ending hope of them becoming better than us. We teach that to them and show them the right path.

We cannot overlook the current situation and the grief that has been caused to all the families including Billy's, but the Billy I know and raised is good hearted and kind. He has always been a great son to me and a good big brother to my two sons. Billy is and has always been caring and helpful to everyone around him.

It is with a heavy heart that I write this letter, but I am hopeful that it will help shed some light into my son's good character.

With great appreciation,

*Luis Ortega*

Luis Ortega

To the Honorable Judge Ronnie Abrams:

My Name is Rosa Ortega.  I am the Admissions Coordinator at Village Care 46 and Ten Assisted Living Program.  I have been working for Village Care for over 20 years.

I am writing this letter on behalf of my step-son, Billy Ortega. Billy has been a part of my life since he was an infant. I saw him grow up in to a caring and decent young man and then become a loving father to his children.

It is unfortunate that we are in this situation, but hope that this letter can help Billy in some way. Billy is a family oriented, kind-hearted person, and I am confident that if he were given an opportunity to turn his life around, he can make positive life changes and continue to be a loving father to his children and watch them grow.

My sincere appreciation,

*Rosa Ortega*

To the Honorable Judge Ronnie Abrams:

My name is Yuberkis Vargas.  I am a licensed Social Worker, employed as a Program Director at a non-profit agency; Project Renewal's Bedford Green House, located in the Bronx, NY.

I am writing this letter on behalf of Billy Ortega, who is the brother of my significant other. I consider Billy as my own brother. I met Billy several years ago, and have had countless positive interactions with him. He is a kind and genuine person who always puts his family first, and always lends a helping hand when his loved ones are in need.

Although I cannot turn a blind eye to his current situation, I have always known Billy to be of good moral character, and I believe if he were given an opportunity to change his lifestyle, he would make better choices for his future. He is a beloved father, son, uncle and brother that has a strong family support system, which pose as a significant protective factor in his life.

While understanding the severity of Billy's current situation, I hope that this letter highlights some of Billy's various positive characteristics and a conscientious decision can be determined regarding his case.

With great and sincere appreciation,

*Yuberkis Vargas*

Dear Honorable Judge Ronnie Abrams,

I am Kenneth Diaz, I am writing this letter on behalf of Billy Ortega. I am the cousin of his oldest son Avant. I have known Billy for more than 13 years. There aren't enough words to explain how me, and our family, are emotionally hurting. It breaks our heart that we need to see him be put in such a terrifying situation. I thank him for always putting his family first, even though he's not my dad, he would teach me what a real father figure is supposed to look like. He taught me how to manage money the correct way, humble myself when needed, and even respect everyone in my surroundings.

Because of him, he helped me grow into the man I'm becoming, and I can't thank him enough. Everything I do from now on will be for him and to make him proud, I promise. He puts other people above himself and that's the most beautiful thing a man can do for the people he loves. I thank him for being the father figure I never had and going out of his way to take our family to the beach numerous times throughout the summer so we can have fun and spend quality time.

Even when it would just be me and Avant, he would drive us to the basketball court so we can have fun. Even the little things like helping me and Avant with our summer projects late at night, knowing he was tired but had to put us first because he loves us. He gives the best advice when it comes to growing up in a tough environment and making sure to steer away from all the negative people around us; I couldn't be more grateful. I couldn't wait for this summer to spend it with him and Avant, we would've really made some fun memories. By telling us stories on how he was financially struggling as a kid, never was there a day he didn't put food for us on the table. I aspire to be someone like him when I get older, from his humbled mindset to his positive lifestyle. I also remember the time he helped me with my driving test.

He was the first person to teach me how to drive and show me the different buttons in the car and things like that. All the late nights he would stay up with me and Avant playing video games with us was the most fun ever even though he won all the time. He always won at real basketball too. To this day I have no idea how he was so good at everything he did.

I also want to thank him for being one of the only people to encourage me to go into college for financial studies. Thanks to him, I got into my dream colleges; I wouldn't be able to do this thing called life without him. I remember him telling me and Avant "ain't no weak people in this family, giving up is for the weak" and it always stuck with me. I remember him telling us "Anyone can make it out the hood, you just need to work hard and make the right choices in life," and just be mentally strong for any obstacles God puts in your path. I'll pray every night for his mental health, physical health, and safety. I know he is strong and will get through this, we as a family are going to stay positive and love him.

Respectfully, Kenneth Diaz

Dear Honorable Judge Ronnie Abrams,

My name is Tiffany Chrzanowski, I am the aunt of Billy Ortega's oldest son. I am writing on behalf of Billy Ortega.

I have known Billy since he was 16 years old, and I have known him to be a humble, kind, caring, loving and selfless person.

He has been a very present father to my nephew. He always tried to be there for all his milestones and supported him emotionally and financially. He attended graduations, provided support for boy scouts, basketball, and baseball. He also supported my nephew academically by signing him up for KUMON when he was struggling in math. During summer vacations, my nephew always stayed with Billy. They would travel, go to the beach, pools, and parks. I can see how much he loves my nephew. He is a dedicated father, son, and brother. Billy has a beautiful heart everyone that knows him can see that from the moment you meet him.

I understand the seriousness of this matter and how this has negatively impacted so many lives. I attended every hearing I was able, and I understand what Billy has been convicted of; but I am certain he is extremely remorseful and will use this moment to turn his life around. I am very certain Billy has the willingness and desire to become a productive member of society and a positive role model for my nephew. During the trial, I noticed him look back at my nephew and read the hurt, shame and sorrow on his face.

Thank you for reading my letter and I hope you consider this character letter and extend leniency before passing a sentencing. Billy will strive to make amends and I am sure we will get to see his good works bringing fruitful results to our society.

Respectfully,

Tiffany Chrzanowski

Avant Ortega

Dear Honorable Judge Ronnie Abrams,

I am Avant Ortega. I am writing on behalf of my father Billy Ortega. I am his oldest son. My dad is a kind, loving, selfless, caring person who always puts his family before himself. He is always there for me is and is my best friend. I can count on him for everything. Growing up he has always been there for me if I am going through something or having problems. He took me on vacation and trips and was always at my graduations. He always makes sure I am okay.

He has supported me in sports and in life. He was and is a stand-up man and a family man. He is a giver who loves seeing his family and other people happy. He has helped me grow into the man I am becoming today.

This is a learning experience for all of us and very painful. But I know my father will strive to become an even better man than he already is today. My father has taught me to always be the best man you can be.


Respectfully,

Avant Ortega