LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

December 4, 2023

Hon. Ronnie Abrams
United State District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Ortega
    22cr91(RA)

The Court respectfully requests that Mr. Ortega remain housed at the MDC for at least 90 days.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 4, 2023

Dear Judge Abrams;

Ortega is presently an inmate at the MDC. His direct appeal is pending in the 2d Circuit, but no briefing scheduling has been issued. Ortega requests an Order from your Honor so that he can remain at the MDC for 90 days to assist me with the preparation and filing of his appellate Points on Appeal.

Thank you.

Respectfully,

B. Alan Seidler