LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

December 12, 2023

Hon. Ronnie Abrams
United State District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Ortega
    22cr91(RA)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 12, 2023

Dear Judge Abrams;

    Ortega's direct appeal is pending in the Second Circuit [#23-7417]. During his trial the defense was provided with daily transcripts of proceedings. However, Ortega did not receive the transcript of his 10-4-2023 sentencing before your Honor, although it has been prepared by the Court Reporter. Ortega is indigent, and his Financial Affidavit is attached. Ortega respectfully requests to be furnished without charge to him a copy of that sentencing transcript.

    Respectfully,

B. Alan Seidler